IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-05477-PAB

KATERIN FABIOLA SANTOS GONZALEZ,

Petitioner,

v.

JUAN BALTAZAR,
GEORGE VALDEZ,
DAVID J. VENTURELLA,
MARKWAYNE MULLIN, and
TODD BLANCHE,

Respondents.

---

**MINUTE ORDER**

---

**Entered by Judge Philip A. Brimmer**

This matter comes before the Court on petitioner Katerin Fabiola Santos Gonzalez's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and Request for Expedited Order to Show Cause [Docket No. 1].

The petition fails to allege facts explaining the circumstances of petitioner's present detention. *See id.* at 5–6, ¶¶ 17–23. For example, petitioner does not identify or explain the date of her present arrest, which agency arrested her, whether she was served with any documents, such as a Notice to Appear or a warrant, at the time of her arrest, and whether she has received a bond hearing since being detained. In addition, the petition mentions an October 16, 2026 immigration docket entry and an October 27, 2026 hearing in her immigration proceedings, but does not explain the outcome of those actions or their bearing on the petition. *Id.* at 6, ¶¶ 21–22.

Petitioner asserts two claims: (1) that her detention is contrary to the Immigration and Nationality Act; and (2) that her detention violates her Fifth Amendment right to procedural due process. *Id.* at 7–9, ¶¶ 29–36. For relief, petitioner requests, among other things, that the Court order production of documents related to her arrest and ICE's custody authority and any allegations regarding her criminal history. *Id.* at 9–10.

Petitioner, however, has not demonstrated why the pertinent information is unavailable to her presently.

Therefore, it is

**ORDERED** that, on or before **November 17, 2026**, petitioner may file a brief addressing these issues.

DATED November 10, 2026.